

JRB: USAO 2016R00310



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO.** GJH 17cr 0002 |
| | * | |
| **ANDRE BARBINS,** | * | **(Receipt of Child Pornography,** |
| | * | **18 U.S.C. § 2252A(a)(2);** |
| **Defendant** | * | **Forfeiture, 18 U.S.C. § 2253)** |
| | * | |

*******

## INFORMATION

### COUNT ONE

The United States Attorney for the District of Maryland charges that:

On or about September 24, 2015, in the District of Maryland, the defendant,

**ANDRE BARBINS,**

did knowingly receive child pornography and materials that contain child pornography, as

defined in Title 18, United States Code, Section 2256(8), that had been, using any means and

facility of interstate and foreign commerce, shipped and transported in and affecting interstate

and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(2)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland gives notice that:

1.      Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One of this Information, in violation of Title 18, United States Code, Section 2252A(a)(2), the defendant,

### ANDRE BARBINS,

shall forfeit to the United States of America:

a.      Any visual depiction described in Title 18, United States Code, Section 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

2.      If any of the property described above, as a result of any act or omission of the defendant,

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

18 U.S.C. § 2253

Rod J. Rosenstein
United States Attorney

Date: 1/3/2017

I hereby attest and certify on 1.3.17
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy