IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,            *
                                     *
v.                                   *   Case No.  8:17-cr-00002-GJH
                                     *
Andre Barbins                        *
    Defendant.                       *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, **Andre Barbins**.
I certify that: [check one that applies and complete]

[ ] I am admitted to practice in this Court.

[✓] I am a member in good standing of the bar of the highest state court of
Ohio

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

01/10/2017
Date

Signature

Kristina W. Supler (0080609)
Printed name and bar number

McCarthy, Lebit, Crystal & Liffman Co., LPA
Firm name

101 W. Prospect Ave., Suite 1800, Cleveland, OH 44115
Address

kws@mccarthylebit.com
Email address

216-696-1422
Telephone number

216-696-1210
Fax number

Please select your designation:
[ ] CJA    [✓] Retained    [ ] Public Defender    [ ] Pro Bono

NOTE:   Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

EntryofAppearanceCriminal (07/2014)