## ATTACHMENT A
## STATEMENT OF FACTS

*The United States and the Defendant, **ANDRE BARBINS**, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

At all times relevant to this case, the Defendant, **ANDRE BARBINS** ("**BARBINS**"), was a resident of Solomon, Maryland.

On or about September 24, 2015, while at his residence in Solomon, Maryland, **BARBINS**, using an electronic device connected to the internet, logged onto "experienceproject.com" (hereinafter "EP"). EP is a social media application accessible through the internet that allows users to "chat" with other users and exchange photographs, among other things. **BARBINS** had an account with EP and was assigned the user identification number "593259." At approximately 4:32 a.m., **BARBINS** contacted a twelve-year-old female from Illinois (hereinafter "Victim A") on EP and told her he was "Andre" from "Maryland." Soon thereafter, **BARBINS** asked Victim A "How old are ya?" Victim A replied "12, 13 in November." **BARBINS** then asked, "you have a lot of sexy experiences. They real??...U like receiving pics or sharing??" **BARBINS** then sent Victim A a picture of himself, nude from the waist up, in bed. **BARBINS** stated "Can I see a pic of u now?" Victim A replied and sent **BARBINS** two photographs in which she was fully clothed. **BARBINS** responded "lot of clothes...Tease...Not even a peak?...Woke up horny silly." At 5:43 a.m., Victim A sent a photograph depicting a close-up image of her exposed vaginal area. **BARBINS** responded "Wow...That now?...Mmm...Ok Bra pic?...Your pussy is so hot." The conversation subsequently ended because Victim A informed **BARBINS** that she had to go to school.

Later on September 24, 2015, at approximately 7:24 p.m., **BARBINS** again contacted Victim A and asked about school. **BARBINS** commented on the photograph Victim A sent of her vaginal area and stated "[y]ou have some hair for a young girl. It's hot...Any chance I could get another peak??" **BARBINS** then asked Victim A about her "boobs" and asked for a "bra pic" or a "boob pic." Eventually, Victim A sent **BARBINS** a close-up image of Victim A's breasts. **BARBINS** responded "[v]ery cute!!!!"

Between September 24, 2015 and September 28, 2015, Victim A and **BARBINS** continued to "chat" over EP. During those conversations, **BARBINS** and Victim A continued to exchange photographs, including several pictures of **BARBINS** in various stages of undress. For example, on September 25, 2015, at approximately 5:30 a.m., Victim A sent **BARBINS** a close up picture of her partially exposed vaginal area. At approximately 5:33 a.m., **BARBINS** sent a photograph of himself in bed, nude from the pelvic region up, in which he was holding his exposed penis. Several minutes later, **BARBINS** sent a photograph of his erect penis. **BARBINS** also sent a photograph in which his face was visible.

The pictures of Victim A's vaginal area described above that **BARBINS** knowingly received from Victim A constitute visual depictions of a minor engaging in sexually explicit conduct and are child pornography under 18 U.S.C. § 2256(8).

On February 12, 2016, the Maryland State Police (MSP) executed a search warrant for **BARBINS'** residence, located in Solomon, Maryland. During the search warrant, officers located several items of furniture in **BARBINS'** residence that were visible in the photographs **BARBINS** sent Victim A. Officers also located **BARBINS** and advised him of his Constitutional rights, which he acknowledged and agreed to be interviewed. During the interview, **BARBINS** admitted that he used EP, that he was lonely, and that at some point he stopped "chatting" with younger girls on EP and only communicated with older women.

\* \* \*

I have read this Statement of Facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I acknowledge that it is true and correct.

12/8/16
Date

Andre Barbins

I am Andre Barbins' attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

12/8/16
Date

Kristina W. Supler

2