IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17-CR-00002 |
| | ) | |
| Plaintiff, | ) | JUDGE GEORGE J. HAZEL |
| | ) | |
| v. | ) | |
| | ) | **MOTION FOR LEAVE TO FILE** |
| ANDRE BARBINS, | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

Pursuant to Loc. R. 105(11), Defendant Andre Barbins respectfully requests that this Honorable Court grant him permission to file his Memorandum in Support of Sentencing under seal. The reason for this request is that the memorandum will contain sensitive, confidential and protected mental health and/or medical information, including, but not limited to, a psychiatric evaluation from Dr. Fred Berlin. There is no alternative to sealing that would provide sufficient protection of this information.

**WHEREFORE**, Defendant Andre Barbins respectfully requests that this Honorable Court grant him permission to file his Memorandum in Support of Sentencing under seal.

Respectfully submitted,

*/s/ Kristina W. Supler*
KRISTINA W. SUPLER (0080609)
McCarthy, Lebit, Crystal & Liffman Co., L.P.A.
101 W. Prospect, Suite 1800
Cleveland, Ohio 44115-1088
P: (216) 696-1422
F: (216) 696-1210
E: kws@mccarthylebit.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2017, I electronically filed this *Motion for Leave to File Under Seal* with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record via the Court's electronic filing system.

*/s/ Kristina W. Supler*
Kristina W. Supler
