IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17-CR-00002 |
| | ) | |
| Plaintiff, | ) | JUDGE GEORGE J. HAZEL |
| | ) | |
| v. | ) | |
| | ) | **JOINT PROPOSED SCHEDULE** |
| ANDRE BARBINS, | ) | |
| | ) | |
| Defendant. | ) | |

The parties respectfully submit this Joint Proposed Schedule to this Honorable Court in order to modify the dates related to sentencing contained in the Regular Sentencing Order initially issued on January 26, 2017. The proposed schedule is as follows:

(5) If counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit, in writing, to the Court and opposing counsel, on or before **May 18, 2017** (*not less than 14 days before sentencing*), a statement containing (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing.

(6) Sentencing memoranda are not required unless a party intends to request a sentence outside the advisory guidelines range on the basis of a non-guideline factor. If submitted, they shall be filed with the Clerk and a copy delivered to chambers on or before **May 18, 2017** (*not less than 14 days before sentencing*). Opposing or responding memoranda are not required. If submitted, they shall be delivered to chambers on or before **May 25, 2017** (*not less than 7 days before sentencing*). Copies of all memoranda must be sent to the Probation Officer.

(7) Sentencing shall be on **June 1, 2017 at 2:30 p.m**.

Respectfully submitted,

| | |
|---|---|
| */s/ Kristina W. Supler* | */s/ Joseph R. Baldwin* |
| KRISTINA W. SUPLER (0080609) | JOSEPH R, BALDWIN |
| McCarthy, Lebit, Crystal & Liffman Co., LPA | Assistant U.S. Attorney |
| 101 W. Prospect, Suite 1800 | 6500 Cherrywood Lane, Suite 200 |
| Cleveland, OH 44115-1088 | Greenbelt, MD 20770 |
| P: (216) 696-1422 | P: (301) 344-4238 |
| F: (216) 696-1210 | E: joseph.baldwin@usdoj.gov |
| E: kws@mccarthylebit.com | |
| | |
| *Attorney for Defendant* | *Attorney for Plaintiff* |